**Nicholas T. MANNING, Appellant,**

v.

**STATE of Missouri, Respondent.**

No. 75036.

Missouri Court of Appeals,
Eastern District,
Division Two.

June 1, 1999.

Motion for Rehearing and/or Transfer to Supreme Court Denied July 27, 1999.

Application for Transfer Denied Aug. 24, 1999.

N. Scott Rosenblum, Rosenblum, Schwartz & Rogers, for appellant.

Jeremiah W. (Jay) Nixson, Linda Lemke, Attorney General, Jefferson City, Missouri, for respondent.

Before: JAMES R. DOWD, P.J., LAWRENCE G. CRAHAN, J., and RICHARD B. TEITELMAN, J.

### ORDER

PER CURIAM.

Nicholas Manning appeals from the judgment denying his Rule 24.035 motion for post-conviction relief without a hearing. We have reviewed the briefs of the parties and the record on appeal and conclude the trial court's determination is not clearly erroneous. Rule 24.035(k). An extended opinion would have no precedential value. We have, however, provided a memorandum opinion for the use of the parties only setting forth the reasons for our decision. We affirm the judgment pursuant to Rule 84.16(b).